# In the United States District Court
# for the Southern District of Georgia
# Statesboro Division

UNITED STATES OF AMERICA,

v.

WILSON SMITH,

Defendant.

NO. 6:15-CR-004

## ORDER

The BlinkMind Funds, totaling $433,039.36, shall remain in the Court's registry until further Order of the Court. The Government and Mrs. Smith have been given the opportunity to provide supplemental briefing regarding whether the Court should stay disbursement of the BlinkMind Funds until resolution of Mrs. Smith's appeal. The parties have been given until November 30, 2018, to submit supplemental briefing on this issue.

Until further Order of the Court, it is hereby ORDERED that the BlinkMind Funds shall remain in the registry of the Court and that no funds shall be distributed.

**SO ORDERED**, this 20th day of November, 2018.

HON. LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA